Case 3:08-cr-00788-JLS   Document 1   Filed 02/19/2008   Page 1 of 3


FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8143

| UNITED STATES OF AMERICA, | ) | Magistrate Case No.: |
|---|---|---|
| Plaintiff, | ) ) | COMPLAINT FOR VIOLATION OF |
| v. | ) ) | 21 U.S.C. § 952 and 960 |
| Sasha Munoz GONZALEZ, | ) ) | Importation of a Controlled Substance (Felony) |
| Defendant. | ) ) | |

The undersigned complainant being duly sworn states:

On or about February 17, 2008, within the Southern District of California, defendant Sasha Munoz GONZALEZ did knowingly and intentionally import approximately 66.60 kilograms (146.52 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Diana Lacuesta, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 19th DAY OF FEBRUARY, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Diana Lacuesta.

On February 17, 2008, at approximately 0159 hours, Sasha Munoz GONZALEZ entered the United States from the Republic of Mexico at the Calexico West, Port of Entry. GONZALEZ was the driver of a 2001 Mitsubishi Mirage bearing California license plate 5AVD811.

At Primary Inspection, GONZALEZ gave a negative Customs Declaration to Customs and Border Protection (CBP) Officer Luna. In response to routine questioning, GONZALEZ stated she was bringing "nothing" from Mexico. GONZALEZ stated she owned the vehicle for about a month. Officer Luna referred the vehicle to Vehicle Secondary (VS) after GONZALEZ was unable to open the trunk on primary.

In Secondary, CBP Officer Roberts asked GONZALEZ to open the trunk of the vehicle and GONZALEZ was unable to open the trunk. GONZALEZ stated her boyfriend was the owner of the vehicle.

In VS, CBP Officer A. Jones was conducting a lost sweet utilizing his Narcotic Detector Dog, Bedo. Bedo alerted to the odor of narcotics emitting from the vehicle.

The examination of the vehicle resulted in the discovery of a total of 26 packages, wrapped in brown tape plastic found in the trunk of the vehicle. A presumptive chemical test indicated the contents of these packages to be marijuana. The total weight of the packages was approximately 66.60 kilograms.

GONZALEZ was notified of her arrest and advised of her Miranda Rights, in the English language, which she acknowledged and waived. During the interview, GONZALEZ stated she traveled to Mexicali, Mexico, on a bus. GONZALEZ stated that

to return to San Diego, California, her friend told her to take his car and he would pick it up later.

Executed on February 18, 2008, at 9:30 hours.

_____
SPECIAL AGENT

On the basis of the facts presented in the attached probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense February 17, 2008, in violation of Title 21, United States Code, Sections 952 and 960.

_____  2/18/08, 1118 hrs
United States Magistrate Judge    Date/Time